## CITY OF ROME *v.* DOUGHERTY.

FISH, J. This being an action against a city for damages alleged to have been occasioned to the plaintiff's property by raising a street above the level thereof, and the evidence being conflicting upon the question whether the place filled in constituted a portion of a street or was a part of an "approach" to a county bridge, and also upon the question whether or not the work was done by the municipal or by the county authorities, this court will not disturb a verdict in the plaintiff's favor, there being sufficient evidence to support the same, and no special question of law being raised in the record.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 23, — Decided March 24, 1898.

Action for damages. Before Judge Harris. City court of Floyd county. March term, 1897.

*C. W. Underwood, C. Rowell* and *W. S. Rowell,* for plaintiff in error. *Hoskinson & Harris,* contra.